# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANA DOTY, individually and on behalf of all others similar situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES, a Delaware limited liability company, and TELESFORO AVILES, an individual,<br><br>*Defendants*. | CIVIL ACTION NO. 21-cv-2905<br><br>(Pending in the United States District Court for the Southern District of Florida, 0:20-cv-60972-AHS) |

## NON-PARTY ALARM.COM'S MOTION TO QUASH PLAINTFF DOTY'S DEPOSITION SUBPOENA

Pursuant to Federal Rules of Civil Procedure 26 and 45, and for the reasons stated in the accompanying Memorandum of Law, Non-Party Alarm.com Incorporated moves this Court to quash the subpoena issued on Alarm.com in the above-captioned matter, and for such other relief as the Court deems proper.

| | |
|---|---|
| Dated: November 3, 2021 | ALARM.COM INCORPORATED, |
| | By its attorneys, |
| | |
| | */s/ Ian G. Thomas* |
| | Tracy Buck (D.C. Bar # 1021540) |
| | Ian Thomas (D.C. Bar #1021680) |
| | OFFIT KURMAN |
| | 1325 G Street NW, Suite 500 |
| | Washington, D.C., 20005 |
| | 202-900-8597 |
| | tracy.buck@offitkurman.com |
| | ithomas@offitkurman.com |
| | |
| | Anita M. C. Spieth (*pro hac vice forthcoming*) |
| | CHOATE, HALL & STEWART LLP |
| | Two International Place |
| | Boston, MA 02110 |
| | 617-248-4031 |
| | aspieth@choate.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon Christopher Michael Brown (cbrown@fnlawfirm.com) by email and first-class mail on November 3, 2021.

*/s/ Tracy Buck*
Tracy Buck